**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6381**

─────────────

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

PAUL ANDERSON ROBERTS,

                                    Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., District Judge.  (CR-96-81, CA-97-517-2)

─────────────

Submitted:  August 19, 1999          Decided:  August 25, 1999

─────────────

Before WIDENER and KING,[*] Circuit Judges, and PHILLIPS, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Paul Anderson Roberts, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

─────────────

        [*] Judge King did not participate in consideration of this case.  The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d) (1994).

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Anderson Roberts seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>United States v. Roberts</u>, Nos. CR-96-81; CA-97-517-2 (S.D.W. Va. Mar. 4, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2